**Jon M. MEADOWS, Plaintiff–Appellant,**

v.

**Paul BETTENCOURT, Harris County Tax Assessor–Collector, Defendant–Appellee.**

No. 04–20707.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided May 25, 2005.

Jon M. Meadows, Houston, TX, pro se.

Michael Robert Hull, Assistant County Attorney, Linda Storey Mahar, Houston, TX, for Defendant–Appellee.

---

702

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM: *

Jon M. Meadows appeals the FED. R. CIV. P. 12(b)(1) dismissal for lack of jurisdiction of his 42 U.S.C. § 1983 complaint, asserting that his due process and equal protection rights were violated when he was denied certain tax reductions to the assessed value of his home which had been granted to his similarly situated neighbor. Because Texas provided Meadows with a "plain, speedy, and efficient" remedy for his tax complaint, the Tax Injunction Act, 28 U.S.C. § 1341, bars federal jurisdiction, and the complaint was properly dismissed. *See McQueen v. Bullock,* 907 F.2d 1544, 1547 & n. 9 (5th Cir.1990).

The fact that Meadows did not fully pursue the avenues available to him under state law does not invalidate the jurisdictional bar created by § 1341. *See Washington v. Linebarger, Goggan, Blair, Pena & Sampson, LLP,* 338 F.3d 442, 445 (5th Cir.2003); *Stephens v. Portal Boat Co.,* 781 F.2d 481, 483 (5th Cir.1986). Meadows' reliance on *Allegheny Pittsburgh Coal Co. v. County Comm'n of Webster County,* 488 U.S. 336, 109 S.Ct. 633, 102 L.Ed.2d 688 (1989) is misplaced. The Tax Injunction Act was not implicated in that case due to the fact that the plaintiffs had first pursued relief under state law and received Supreme Court review upon certiorari from the state supreme court decision. *See id.* at 339–42, 109 S.Ct. 633.

To the extent that Meadows argues that he has no remedy under state law because he does not challenge the accuracy of the taxes he paid but essentially seeks to increase his neighbor's taxes, his claim is undermined by the plain language of his complaint, wherein he requests a refund in the amount of taxes he alleges he overpaid in 2002 and 2003.

The district court's judgment is **AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Shane Donnta JONES, also known
as Picc, Defendant–Appellant.**

**No. 03–40993.
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided May 25, 2005.

Heather Harris Rattan, Assistant U.S. Attorney, Plano, TX, for Plaintiff–Appellee.

Shane Donnta Jones, Beaumont, TX, pro se.

Before KING, Chief Judge, and JOLLY and CLEMENT, Circuit Judges.

published and is not precedent except under

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.